IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

```
DONTY L. SIMMONS,             )
                              )
Plaintiff,                    )
                              )
vs.                           )    NO. 3:09-CV-22
                              )
ED BUSS and WILLIAM WILSON,   )
                              )
Defendants.                   )
```

## ORDER

This matter is before the Court sua sponte.

This Court granted Donty L. Simmons, a *pro se* plaintiff, until December 15, 2009, to file an amended complaint, and cautioned him that if he did not respond by that deadline, the case would be dismissed without further notice. (DE# 31). The deadline has now passed, and Simmons has not filed an amended complaint or otherwise responded to the Court's order. Accordingly, this case is **DISMISSED**.

**DATED:** December 30, 2009      /s/RUDY LOZANO, Judge
**United States District Court**